The motion was made upon the ground that the decision of the Appellate Division was unanimous; no constitutional question was involved and that permission to appeal had not been obtained.

*Charles N. Bulger* for motion.

*Howard D. Bailey* opposed.

Motion denied, with ten dollars costs.

---

FRANK H. HERTZER, as Administrator of the Estate of MARIE F. HERTZER, Deceased, Respondent, *v.* HENRY GREENSTEIN, Defendant, and FRANK D. CREAMER & COMPANY, Appellant.

*Negligence — master and servant — action to recover for death caused by negligence of driver of rented truck — liability of hirer of truck — when driver in employ of hirer.*

*Hertzer* v. *Greenstein*, 209 App. Div. 830, affirmed.

(Argued February 2, 1925; decided March 3, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 26, 1924, unanimously affirming a judgment in favor of plaintiff, entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants. The intestate was run over and killed by an auto truck owned by the defendant Greenstein, the accident being caused by the negligence of the driver of another truck owned by one Bartley, but on the day of the accident rented to and under the control of defendant, appellant. The question was whether the negligent driver was in the employ of the defendant, appellant, at the time of the accident.

*Ralph E. Hemstreet, Lloyd B. Kanter* and *Oscar A. Lewis* for appellant.

*Bernard J. Vincent* and *Samuel J. Foley, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.